UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DEAN MAYS,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY HEDGPETH, et al.,<br><br>    Defendants. | Case No.  11-cv-05531-YGR<br><br>**JUDGMENT** |

Pursuant to the Order Denying Petition for Writ of Habeas Corpus signed today, this action is DISMISSED.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 24, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge