# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT DEAN MAYS,** | Case No.: 11-CV-5531 YGR |
| Petitioner, | **ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS ON APPEAL** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

This matter came before the Court for consideration of Petitioner Robert Dean Mays' petition for a writ of habeas corpus under 28 U.S.C. section 2254 challenging his 2009 conviction in Santa Clara County Superior Court.  The petition was denied on its merits.  (Dkt. No. 9.)

Petitioner has filed an application to proceed *in forma pauperis* on appeal.  (Dkt. No. 14.) Because the appeal is not taken in good faith, Petitioner's request to appeal *in forma pauperis* is **DENIED**.  *See* 28 U.S.C. § 1915(a)(3).

The Clerk shall forthwith notify petitioner and the Court of Appeals of this order.  *See* FRAP 24(a)(4).  Petitioner may file a motion for leave to proceed *in forma pauperis* on appeal in the Court of Appeals within thirty days after service of notice of this order.  *See* FRAP 24(a)(5).

**IT IS SO ORDERED.**

Date: April 2, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**